

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DEREK THOMAS KELLY, | § | No. 08-19-00044-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 2 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170C09263) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 22, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Richard Esper, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 22, 2019.

IT IS SO ORDERED this 23rd day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.